BACCUS, County Treas., (Reeder, Intervener) v. PANKRATZ.

No. 32426.   June 15, 1948.

*194 P. 2d 880.*

Raymond T. Plumlee, Co. Atty., of Cordell, for plaintiffs in error.

Jones & Wesner, of Cordell, for intervener.

A. J. Welch, of Clinton, for defendant in error.

PER CURIAM.   This is a companion case to Baccus v. Banks, 199 Okla. 647, 192 P. 2d 683.   The cases involve the same issues and have been briefed together.   The decision in that case is controlling in the instant case.

Affirmed.

HURST, C.J., DAVISON, V.C.J., and WELCH, CORN, ARNOLD, and LUTTRELL, JJ., concur.   GIBSON, J., dissents.